## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WINN, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CITY ELECTRIC SUPPLY COMPANY, a Florida corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.:  3:23-cv-01577-RBM-BLM<br><br>**ORDER GRANTING JOINT MOTION TO REMAND ACTION TO STATE COURT**<br><br>[Doc. 22] |

Pending before the Court is the parties' joint motion to remand action to state court ("Joint Motion").  (Doc. 22.)  Good cause appearing, the Court **GRANTS** the parties' Joint Motion and **ORDERS** as follows:

1. This case is **REMANDED** to San Diego County Superior Court for purposes of settlement.
2. All dates and deadlines presently on calendar are hereby **VACATED**.
3. Defendant does not waive any right, argument, or defense with respect to federal jurisdiction.

1

4.      Should final approval of the settlement not occur, Plaintiff shall not challenge any efforts by Defendant to remove the claim to federal court on account of timeliness, waiver, or other grounds arising from Defendant's stipulation to remand for purposes of settlement, and shall reserve the right to seek remand on the basis of lack of jurisdiction under CAFA or otherwise, or any other legal basis other than timeliness or waiver.

The Clerk of Court is **DIRECTED** to close this case.

**IT IS SO ORDERED**.

DATE: September 3, 2024

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE